# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Kevin Maurice Linder,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:16-CV-00018-MOC |
| | ) | 5:03-CR-00041-MOC-1 |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 2, 2018 Order.

November 2, 2018

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court